AO 91 (Rev. 11/11) Criminal Complaint

CGF/eg USAO #2019R00158

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
LOGGED ENTERED
RECEIVED

JUN 2 - 2021
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America )
v. )
) Case No. GLS-21-1414
)
RANDOLPH STANLEY )
)
_____ )
Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __2006 through 2021__ in the county of __Prince George's__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

CRUSE.TYLER.E.1388516417
Digitally signed by CRUSE.TYLER.E.1388516417
Date: 2021.05.28 00:41:16 -04'00'

_Complainant's signature_

Tyler E. Cruse, Special Agent, DCIS
_Printed name and title_

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __June 1, 2021 at 4:33 p.m.__

_Judge's signature_

City and state: __Greenbelt, Maryland__   Honorable Gina L. Simms, United States Magistrate
_Printed name and title_