EBP/CGF: USAO 2019R00158

FILED ____ ENTERED
LOGGED ____ RECEIVED

JUN 2 - 2021

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO. GLS-21-1414 |
| | * | |
| RANDOLPH STANLEY, | * | FILED UNDER SEAL |
| | * | |
| Defendant | * | |
| | * | |

*******

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Tyler E. Cruse, being duly sworn, hereby depose and state as follows:

### Introduction

1. I make this affidavit in support of a criminal complaint and related arrest warrant for **RANDOLPH STANLEY ("STANLEY")** for engaging in Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349.

2. I am a Special Agent with the Defense Criminal Investigative Service (DCIS). I am currently assigned to the DCIS Mid-Atlantic Field Office in Alexandria, Virginia. My duties as a DCIS Special Agent include investigating crimes committed against Department of Defense ("DoD") installations, aircraft, vessels, and/or other DoD assets, or crimes involving active-duty military members, civilian employees, and defense contractors. I have been employed as a Special Agent with DCIS since June 2018. I am an investigative or law enforcement officer within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.

3. The facts in this affidavit are derived from my participation in this investigation, my conversations with other agents participating in this investigation, and my review of documents

that have been produced and information obtained from witnesses. This affidavit is intended to show that there is sufficient probable cause to support this complaint and does not set forth all of my knowledge about this investigation.[1] All dates and amounts in this affidavit are approximate.

4. As set forth in this affidavit, there is probable cause to believe that, beginning in or about 2006 and continuing to the present, in the District of Maryland and elsewhere, **RANDOLPH STANLEY** ("**STANLEY**"), together with known and unknown conspirators and other participants in his scheme (collectively, "the **STANLEY** Ring"), knowingly and intentionally conspired to commit wire fraud, in violation of 18 U.S.C. § 1349.

### Background

5. In January 2019, agents of the Department of Education, Office of Inspector General met with representatives of an online state university ("University 1"), headquartered in Adelphi, Maryland, to discuss a suspected fraud scheme. As discussed further below, University 1's initial investigation indicated **STANLEY** led a scheme to unlawfully obtain state and federal student aid using approximately sixty students enrolled at University 1.

6. **STANLEY** is a resident of Clinton, Maryland and has been employed with the Defense Contract Audit Agency ("DCAA"), an agency of the DoD, since October 2008. Previously, **STANLEY** was a Financial Advisor at University 1 from 2005-2007. According to his resume, **STANLEY**'s role at University 1 included determining student eligibility for federal, state, and institutional funds based on federal regulations. **STANLEY** also reported to DCAA that he worked as the Director of Student Finances at a for-profit university ("University 2") from June

---

[1] The evidence relied on below came from sources including, among others, federal executed search warrants (*e.g.*, GLS-19-3446, GLS-19-3447), grand jury subpoenas, forensic examination of **STANLEY**'s work computer, and consent searches of his electronic devices.

to October 2008, where he claimed to have "Counseled prospective and continuing students as well as faculty and staff on all aspects of the financial aid application process."

### Overview of Federal Student Aid Program

7. Federal Student Aid ("FSA") is an office of the U.S. Department of Education that offers financial aid programs for students seeking assistance while pursuing a post-secondary education. The purpose of federal student aid is to cover student expenses such as tuition and fees, room and board, and books and supplies. Students seeking to obtain federal student aid must complete a Free Application for Federal Student Aid ("FAFSA"), and certify the information contained therein is true and correct. Federal student aid includes any financial assistance from the U.S. Department of Education, including loans, grants, or any other disbursement of money.

8. After the submission of a FAFSA, FSA processes it using a server located outside of Maryland. The server conducts an automated review of the student's FAFSA application information to calculate the expected family contribution toward the cost of a student's attendance at an institution of higher learning. A student with a lower estimated family contribution qualifies for more need-based financial aid, up to the full costs of attending university.

9. After aid is awarded, post-secondary schools draw down federal student aid funds and disburse them accordingly. The U.S. Treasury at the Federal Reserve Bank, located in New York, transfers federal student aid funds via interstate wire to the institution's bank accounts. The institution applies the aid to tuition and any additional student fees. If a surplus of funds in the student's account remains after fees are paid, the institution will distribute the remaining funds directly to the student, often by direct deposit. This is commonly referred to as the student loan refund.

10. An FSA ID is an individual ID used by students to access their FSA accounts and complete the FAFSA online. FSA IDs and the corresponding password are not to be shared with other individuals. No individual is authorized to create an FSA ID for any other individual.

## Probable Cause

11. The **STANLEY** Ring included approximately 81 individuals (Student Participants #1-81, collectively "Student Participants") who enrolled in at least eight universities ("Universities 1-8"). Student Participants in the **STANLEY** Ring received federal student aid but were not bona fide students, meaning they lacked the intent to complete university coursework or earn a degree. They either (i) knowingly allowed their personally identifiable information ("PII") to be used on forms for student financial assistance despite not being bona fide students, or (ii) were victims of identity theft, having no knowledge that their PII was being used in this manner.

12. Student Participants, including **STANLEY**, were awarded tuition, which went directly to the schools. At least 59 Student Participants also received student loan refunds, which the schools disbursed to Student Participants after collecting the tuition. **STANLEY**, as the ringleader of the scheme, would pocket all or some of the student refunds, while on at least some occasions sharing refund money with other Student Participants in the **STANLEY** Ring.

13. Student Participants regularly received the maximum amount of student financial aid, much of which went to **STANLEY** directly:

   a. In each year from 2013 to 2020, over 50% of Student Participants reported low enough assets on their FAFSAs to have an expected family contribution of $0. As a result, these students qualified for the maximum need-based financial aid package and could maximize student loan refunds. In 2018-19, for example, at least 33 of the Student Participants who enrolled that year received a $0 estimated family contribution, and therefore qualified for maximum need-based financial aid.

   b. 2018 was also the peak year of activity for the **STANLEY** Ring, with 49 Student Participants receiving federal student aid. Between 2008 and 2021,

4

        Student Participants in the **STANLEY** Ring submitted 348 FAFSAs that resulted in federal student aid.

    c.    Between 2005 and 2021, at least 65 Student Participants – including **STANLEY** – were awarded at least $6.7 million in federal student aid, with at least $6.2 million disbursed to Student Participants across all schools. This total included at least $3,303,672 to 60 Student Participants enrolled at University 1, at least $920,842 for 25 Student Participants at University 3, and at least $547,884 for 23 Student Participants at University 4.

14.    Despite the certifications of Student Participants in the **STANLEY** Ring that they sought federal student aid for their own educational coursework, **STANLEY** paid a portion of the student loan refunds to Africa-based "Writer Participants" whom he directed to complete the coursework for the Student Participants. The role of a Writer Participant in the **STANLEY** Ring was to ensure all coursework was submitted for Student Participants to maintain the appearance of sufficient academic performance and remain eligible for financial aid. Writer Participants did this by producing coursework for Student Participants that would not be detected as having been plagiarized. Sometimes, Writer Participants directly submitted the assignment using the Student Participants' usernames and passwords while falsely claiming to be the Student Participant. In other instances, Writer Participants provided the assignments to **STANLEY** and/or the Student Participant for submission. **STANLEY** used student loan refunds to pay the Writer Participants to complete the coursework that kept his Student Participants eligible for more student loan refunds in the next academic term.

15.    **STANLEY** strategized with a co-conspirator ("**Co-Conspirator 1**"), a Writer Participant, in an effort to hide the participation of writers. One strategy involved hiding the IP addresses of the Writer Participants, so that universities could not identify instances of shared IP addresses. For example:

    a.    On August 10, 2018, **STANLEY** wrote to **Co-Conspirator 1**, "Tell me are you loggin in from Kenya??? Because they might see that someone is logging from Kenya at the same time the Student is logging from Maryland.

                    Or someone from Alabama and at the same time Maryland[.] We just had a major problem at Maryland and don't want the same thing at [University 3.]"

       b.     On August 30, 2018, **STANLEY** wrote that "There is a problem right now with [Names Redacted] at University 1 because of this IP issue and plagiarism issues from the past with other writers. I know the end result will be expulsion just like the others." **Co-Conspirator 1** responded that "I'm sorry to hear that. It's very unfortunate. The solution is to sort out the IP issue once and for all."

       c.     On August 30, 2018, **STANLEY** and **Co-Conspirator 1** discussed using Windscribe to solve the IP address issue. According to Windscribe's website, it is a Virtual Private Network ("VPN") application that "helps you mask your physical location, circumvent censorship and block ads and trackers." **Co-Conspirator 1** told **STANLEY** that "I have a Windscribe account from my end but you can open one so you can pay from your end." **Co-Conspirator 1** asked "Are we to use Windscribe for [University 2] and [University 1] classes too? [University 3] and [University 6] too?" **STANLEY** replied that "It's better to use it for all of them."

16.    Another strategy to avoid detection was to evade the programs universities used to detect plagiarism and cheating. **STANLEY** knew that colleges and universities commonly use software programs to detect cheating, plagiarism, and other forms of academic dishonesty, including Turnitin, an Internet-based plagiarism detection service headquartered in Oakland, California that University 1 used to detect plagiarism. In messages exchanged via Gmail on August 27, 2017, **STANLEY** and **Co-Conspirator 1** discussed how to defeat this software:

| | |
|---|---|
| **STANLEY**: | Remember no plagiarism |
| **Co-Conspirator 1**: | That's right. I have a TURNITIN software to check plagiarism |
| **STANLEY**: | You know with the software if you check it and the professor try to do the same wouldn't it show like the student or someone has used the paper before |
| **Co-Conspirator 1**: | Not really |
| **STANLEY**: | Oh Ok |

6

        **Co-Conspirator 1**:    You just need the correct setting[.] You need to set it to "no repository" so that nothing is saved in the TURNITIN database

17. On June 25, 2018, **Co-Conspirator 1** also noted to **STANLEY** a concern with the use of shared passwords by multiple Student Participants, which could lead to detection of the scheme.

18. **STANLEY** negotiated how much to pay Writer Participants per class with **Co-Conspirator 1** and repeatedly stated that **STANLEY** had to receive student financial aid from the Student Participants before he could pay the Writer Participants to take the classes for the Student Participants:

    a. On October 24, 2017, after **Co-Conspirator 1** provided information about the work the Writer Participants were doing, **STANLEY** asked if the per-class fee of "$450 is small because that's what I pay my other writers for an entire class and they are working on them now but I want to transfer them to you next semester." **Co-Conspirator 1** responded that "450-500 is OK with me. I was just trying to draw your attention to the workload involved." **STANLEY** replied "Ok sir. Our new price will be $500."

    b. On June 14, 2018, **STANLEY** told **Co-Conspirator 1** he would pay him $300 per class at University 2 for Writer Participants to provide academic assignments to several of the Student Participants and that **STANLEY** was "going to send you their login credentials" for the writers to use.

    c. On January 21, 2019, **STANLEY** wrote that one student "has not paid me and I was even thinking of not taking this class for her . . . . When they fail to pay I have to bear the costs." **Co-Conspirator 1** responded "I hope they all pay up. This is the only way we can work seamlessly." **STANLEY** replied "They will and have always been. It's just that they depend on college loans and it does take a while some time to get the refunds and pay for their classes."

    d. On April 4, 2019, **Co-Conspirator 1** named three Student Participants in a message to **STANLEY**, and **STANLEY** responded that "I'm working on their financial aid[.] Because without that aid they don't have money to pay us."

    e. On May 2, 2019, **STANLEY** informed **Co-Conspirator 1** that "Unfortunately we are having financial aid verification issues with [University 5] for [Names Redacted] and I have moved them to [University

    4]. They'll start class tomorrow at [University 4]. Please go ahead and take their classes." **STANLEY** then provided **Co-Conspirator 1** with the usernames and passwords for two Student Participants, so writers working for **Co-Conspirator 1** could take classes for the Student Participants.

  f. On May 7, 2019, **STANLEY** told Co-Conspirator 1 not to complete coursework for a student because that student did not qualify for financial aid. Thus, **STANLEY** would not be able to pay the writer. **STANLEY** wrote, "He is not qualified for financial aid…. That means he won't have money to pay us…. Drop him now.…"

19. At least some of the Student Participants were aware of **STANLEY**'s scheme and willingly participated in **STANLEY's** use of their student loan refunds to pay the Writer Participants. For example:

  a. On July 2, 2019, **STANLEY** told a Student Participant, "We owe the writers $3000 for the 2 classes we are on and then for $1000 from [University 2]…"

  b. In a July 26, 2019 message, **STANLEY** notified a Student Participant, "When all goes through you will received [sic] a refund of $5789 but you must return $3,000 to me to cover your 2 classes plus the 1 class outstanding debt from [University 2]."

  c. On July 31, 2019, **STANLEY** corresponded with a Student Participant about how much of the Student Participant's refund was owed to **STANLEY** and an unidentified co-signer. **STANLEY** informed the Student Participant that, of his $8,905 refund, the Student Participant owed **STANLEY** for "2 [University 4] class at $2000," "1 [University 2] outstanding $1000," and that "you have to split the remaining $5905 equal with the loan co-signer as we promised." Thus, **STANLEY** told the Student Participant to "send back to me $5500 and you keep the $3405." University 2 and University 4 are two universities attended by multiple Student Participants. I believe based on my knowledge of this investigation that **STANLEY** was asking the Student Participant to pay a per-class fee to writers, and to share the refund with another co-conspirator who agreed to co-sign a loan for the Student Participant. The Student Participant replied that he had already paid for the University 2 class so would deduct it from the payment.

20. **STANLEY** carried out financial transactions with Writer and Student Participants using his bank accounts, as well as third party payment applications including PayPal, Zelle, and Square, including the following:

    a.    Between August 18, 2017 and October 18, 2019, **STANLEY's** bank accounts and payment applications received more than $150,000 in direct transfers from Student Participants in the **STANLEY** Ring. Many of these payments were annotated "school," "loan plus appreciation," "school expenses," or something similar. These payments were in addition to those student loan refunds that were directly deposited into **STANLEY**'s accounts.

    b.    Between June 13, 2016 and October 11, 2019, **STANLEY** made direct transfers of at least $100,000 to Student Participants in the **STANLEY** Ring.

    c.    Between March 24, 2016 and September 16, 2019, **STANLEY** sent at least 76 payments totaling $102,712 to **Co-Conspirator 1** and three other Writer Participants via the PayPal payment application.

    d.    On May 9, 2019, **STANLEY** confirmed to **Co-Conspirator 1** payment of $700 "to cover two class at [University 4] and [a University 2] payment." On August 6, 2019, **STANLEY** told **Co-Conspirator 1** "payment has been paid for the new and future classes at [University 4] for the following students" and provided a list of students and payments made.

21.    **STANLEY** received the refunds intended for many of the Student Participants directly to his own bank accounts, because the Student Participants directed their universities to send their refunds to bank accounts belonging to **STANLEY**. According to bank records, **STANLEY** owned four M&T Bank accounts ("M&T Accounts 1-4"). University 1 records show that from 2015 and 2018, University 1 direct deposited more than $530,000 in student loan refunds for Student Participants other than **STANLEY** into **STANLEY**'s M&T Accounts 1-4. **STANLEY** and 14 other Student Participants directed refunds to M&T Account 1; nine directed refunds to M&T Account 2; two directed refunds to M&T Account 3; and one directed refunds to M&T Account 4.

22.    **STANLEY** and **Co-Conspirator 1** discussed the need to hide payments from government scrutiny:

    a.    On January 19, 2018, **Co-Conspirator 1** described how he structured payments to avoid PayPal and governmental limits on funds transfers, stating that "I have been receiving money in my PayPal from different

9

       writing companies across the last three years" but "they don't send huge amounts together. So, for instance, if I am receiving $12K, they send it in 3 instalmnets [sic] of around equal amounts. The only limit our government has put is on in the $10K bucks (to process this in a forex bureau calls for extra documentation). So to process this, I just walk into a bureau with $9k and the next bureau with the balance. That won't be a problem at all."

    b.    In or about June 2019, PayPal limited **Co-Conspirator 1's** account, leading him to suggest to **STANLEY** sending money via Western Union. **STANLEY** rejected the suggestion as too risky: "The number of transactions we do I cannot risk western union…that will be a problem as they monitor accounts." **Co-Conspirator 1** proposed an application called Wave as an alternative. When **STANLEY** investigated Wave, however, he received a "Know Your Customer" inquiry that concerned him, leading him to tell **Co-Conspirator 1** that "I'm a government employee man, I can't take these risks."

23.    **STANLEY's** scheme also extended to submitting fake documents on behalf of Student Participants to meet admission requirements. **STANLEY** arranged for foreign nationals to create fake diplomas to submit to U.S.-based universities so that the Student Participants could falsely claim to meet the requirements to qualify for admission, including the following examples:

    a.    On March 15, 2019, **STANLEY** told a co-conspirator ("**Co-Conspirator 2**") on the WhatsApp messaging application to send diplomas to a U.S.-based university. These diplomas made Student Participants in the **STANLEY** Ring eligible for admission, and thereafter eligible for financial aid, by granting them a fake credential.

    b.    On March 16, 2019, **STANLEY** wrote, "So let's arrange directly now for new students in which we will be using WES. What's your final price sir? …I'll be dealing with you directly from now on." **Co-Conspirator 2** replied "Yes," and later **STANLEY** wrote, "So what your price for new students." **Co-Conspirator 2** replied, "Just $700." After a short negotiation, **Co-Conspirator 2** and **STANLEY** agreed on $600.

    c.    During messages exchanged between March and May 2019, **Co-Conspirator 2** agreed to manufacture University diplomas, transcripts and Registrar's Office letters for presentation to World Education Services, an international credential evaluation service and to University 5, an online for-profit university headquartered in Minneapolis, Minnesota.

24.    Both **STANLEY** and **Co-Conspirator 2**, with whom **STANLEY** conspired to obtain fraudulent transcripts and other documents, understood the importance of concealing their

arrangement. On one occasion, **STANLEY** asked **Co-Conspirator 2** to send multiple diplomas to an email account associated with University 5. **Co-Conspirator 2** expressed concern that sending multiple diplomas at the same time will "raise Alarm" with University 5's administrators. **STANLEY** replied "Under normal circumstances I would hesitate" but stated that he was not concerned about raising an alarm because University 5 "promised to receive these students." The same day, **Co-Conspirator 2** agreed to send the fake documents.

25. Student Participants in the **STANLEY** Ring understood they were paying for manufactured documents. **STANLEY** told one Student Participants that "The man at [the university] has agreed. Please send $200 by cash app now so the transcript can be sent to [University 5]." **STANLEY** communicated with other students in similar fashion, including by sending one Student Participant her fake documents without any explanation.

26. Law enforcement conducted forensic analysis on **STANLEY**'s DCAA work laptop. On it, they found documents showing his management of the Stanley Ring, including:

   a. **STANLEY**'s DCAA laptop contained at least 343 documents in the name of, referencing, appearing to have been prepared for, or otherwise pertaining to approximately 58 Student Participants in the **STANLEY** Ring. These documents included fabricated transcripts, academic work assignments for the Student Participants; lists of Student Participants and universities they attended; Student Participant loan applications and related materials such as tax documents; academic integrity pledges; and billing statements, emails, and records of payments sent to Student Participants.

   b. **STANLEY**'s DCAA laptop also contained emails he forwarded from his personal Gmail account to his dcaa.mil email address containing assignments prepared by writers, including emails from August 2019 providing **STANLEY** assignments for week 9 and 10 discussions for an economics course at Strayer University (ECO 550).

   c. Two lists on **STANLEY**'s work computer tracked Student Participant names and the schools they were attending. One list, created on or about June 7, 2018 based on document properties, identified 29 suspected Student Participants at Universities 1, 3, 4, 5, 6, and 7. The other list, created on or about December 21, 2017, identified 37 suspected Student Participants at University 1.

27. The FAFSA requires applicants for financial aid to certify that all information is true and correct, and that any financial aid will be used solely to pay the costs of higher education. Despite these certifications, an analysis of the Student Participants' FSA accounts indicates that a single person pretended to be multiple Student Participants in the **STANLEY** Ring when applying for financial aid. In many cases, University 1 and US ED records reflect that **STANLEY** was the person completing the FAFSA from his devices or using his own information while purporting to be the Student Participant:

    a. At least six FSA passwords were used by multiple Student Participants in the **STANLEY** Ring, including a single password shared by **STANLEY** and 38 Student Participants.

    b. At least 15 students listed a known telephone number, the same number used by **STANLEY** on his FAFSA and the number **STANLEY** provided to DCAA in connection with his employment.

    c. At least 16 of Student Participants used email addresses on their FAFSA that belonged to **STANLEY**: eleven students used his Yahoo email account, and five students used his Gmail accounts.

    d. **STANLEY** and seven Student Participants provided the last four digits of **STANLEY**'s Social Security number as their four-digit pin to log into their FSA accounts.

28. "Student Participant 1" is a long-standing participant in **STANLEY**'s scheme, and illustrative of his ring in operation:

    a. Between 2010 and 2021, Student Participant 1 completed a FAFSA each year and received $192,590 in federal student aid. During this time, she was awarded an undergraduate degree from University 1 in May 2016 and a master's degree in May 2018.

    b. **STANLEY's** DCAA laptop contained at least 18 documents pertaining to Student Participant 1 at University 1, including 11 academic assignments, two resumes, a certificate of a completed academic integrity training, and an integrity pledge. Metadata revealed **STANLEY** authored the integrity pledge and either authored or was the last person to save nine of Student Participant 1's 11 assignments. **STANLEY's** DCAA laptop also contained a University 2 "Student Financial Plan" and a completed Direct PLUS student loan form for Student Participant 1.

c. **STANLEY** closely tracked money owed to him by his Student Participants, and his Gmail account contained multiple versions of "invoices," which showed changing balances over time. **STANLEY's** Gmail accounts contained numerous invoices showing Student Participant 1 owed **STANLEY** money for specific classes, including at University 2 and University 4. Between 2011 and 2017, Student Participant 1 also listed **STANLEY** as a reference to obtain at least five Master Promissory Notes (MPN), which are legal documents in which "you promise to repay your loan(s) and any accrued interest and fees to the U.S. Department of Education."

d. **STANLEY** engaged in direct communications with university financial aid offices while pretending to be Student Participant 1 or her husband. In at least five calls to University 1's financial aid help desk related to Student Participant 1's account, law enforcement could identify—by comparing the audio to other recordings of **STANLEY's** voice—that **STANLEY** pretended to be Student Participant 1's husband. In one other call, **STANLEY** impersonated a woman's voice and claimed to be Student Participant 1. Nevertheless, agents identified the voice as **STANLEY's**. On April 5, 2011, University 3's helpdesk responded to Student Participant 1's request to have her password sent to her email address, which she had listed as **STANLEY's** Gmail account.

e. Student Participant 1 received academic work from **Co-Conspirator 1**, paid **STANLEY** for the writers' services, and was briefly cut-off by **STANLEY** when she stopped paying. On August 30, 2018, **STANLEY** told **Co-Conspirator 1** that "There is a problem right now with [Student Participant 1 and another student] at University 1 because of this IP issue and plagiarism issue from the past with the other writers. I know the end result will be expulsion just like the others." On September 5, 2018, **STANLEY** told **Co-Conspirator 1** "Let's give a big discount [to Student Participant 1 and another student] because they are under investigation and will be expelled soon." Despite the imminent expulsion, **STANLEY's** email indicates that he viewed it as profitable for his scheme for Student Participant 1 to continue to remain enrolled and pay **STANLEY** until the moment of expulsion. On September 23, 2018, **Co-Conspirator 1** asked **STANLEY** for Student Participant 1's phone number to complete work for a University 1 business course (DMBA 620).

f. Student Participant 1 paid **STANLEY** directly to participate in the **STANLEY** Ring. In September 2017, Student Participant 1 transferred more than $13,000 to **STANLEY** using the Square payment application. At least eight payments from Student Participant 1 to **STANLEY** were annotated as "school," "school expenses," or "fees." On January 20, 2019, **STANLEY** expressed frustration to **Co-Conspirator 1** that Student Participant 1 "has not paid me and I was even thinking of not taking this

        class for her but I decided to be patience." **STANLEY** further noted that "When they fail to pay I have to bear the costs."

g.     On April 9, 2019, University 1 determined Student Participant 1 cheated 28 times, and expelled her. It also revoked her master's degree that University 1 had conferred on her in May 2018. After this expulsion, Student Participant 1 enrolled at University 4. **STANLEY** immediately shared her new username and password for University 4 with **Co-Conspirator 1**, on April 1, 2019. Shortly after, on May 9, 2019, **STANLEY** sent $1,400 to **Co-Conspirator 1** via PayPal, with a transaction note identifying the payment as related to Student Participant 1 and one other Student Participant. On July 17, 2019, **STANLEY** sent messages on WhatsApp to **Co-Conspirator 1** to "Go ahead and take [Student Participant 1's]…Class which started July 11. She has promised to pay now." On July 20, 2019, **STANLEY** received two confirmation emails from the Square payment application that "[Student Participant 1] sent you $1,000 for school."

h.     Student Participant 1 sent **STANLEY** at least 39 emails related to her coursework and financial aid between 2010 and 2019. Email subjects included: "Fw: Academic Dishonesty Charges," "Fw: Important: Your FSA ID Was Locked," "FW: Bankmobile Set Up Instructions," "Fwd: Week 2 Assignements," "Fwd: [University 1] Financial Aid Award Adjustment," "Fw: Direct PLUS Loan Application Confirmation," Fw: Final Exam and Grade," Fw: HCAD 600 Team Assignment First Draft Attached," "Fwd: [University 1]: Your Official Evaluation Has Been Completed," and "Fwd: [University 1] Financial Aid Missing Information Request."

## CONCLUSION

29.     As set forth above, for over a decade, **STANLEY** has, on his own and with known and unknown conspirators in the **STANLEY** Ring, obtained fake credentials for admission, falsely certified on behalf of multiple Student Participants that financial aid was being sought for the education of a bona fide student, paid Writer Participants to submit plagiarized work to allow Student Participants to continue to receive refunds despite not being bona fide students, and sought to conceal his activities through methods such as hiding IP addresses and using multiple bank accounts. Through these activities, **STANLEY** has been able to fraudulently obtain federal student aid on behalf of multiple Student Participants in the **STANLEY** Ring and has ensnared dozens of others in his criminal enterprise. Overall, because of the fraud, the Student Participants in the

**STANLEY** Ring have been awarded at least $6.2 million in federal student aid disbursed through interstate wires, much or all resulting from fraudulent misrepresentations made across interstate wires.

30. Based on the facts set forth above, I respectfully submit that there is probable cause to believe that **STANLEY** engaged in a Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349.

CRUSE.TYLER.E.1388516417
Digitally signed by CRUSE.TYLER.E.1388516417
Date: 2021.05.28 00:36:18 -04'00'

Special Agent Tyler E. Cruse
Defense Criminal Investigative Service

Affidavit submitted by email and attested to me as true and accurate by telephone, consistent with Fed. R. Crim. P. 4.1 and 4(d) this __1st__ day of June 2021.

Honorable Gina L. Simms
United States Magistrate Judge